IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:09-2598-JFA-PGJ |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FBI Chief David Thomas, | ) | |
| Defendant. | ) | |

The *pro se* plaintiff, Ronald Brunson, contends that the defendant injured him "through his internal investigation machine agents." He seeks monetary damages.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she suggests that the complaint should be dismissed for failure to state a claim. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without the need for a hearing.

The plaintiff was advised of his right to file specific objections to the Report and Recommendation. However, the one-page "objection" letter filed by the plaintiff merely requests time to hire an attorney and for an extension of ten years "to resolve my

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

complaints." Because the plaintiff has failed to make any specific objection to the Report, the court will overrule the objection and deny any requests for extensions of time or for the appointment of an attorney.

The Magistrate Judge properly notes that the case should be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). The complaint does not allege sufficient facts to state a claim against Defendant Thomas, does not contain a recitation of elements of a cause of action, and does not provide factual allegations that state a plausible claim.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation to be proper. Accordingly, the Report and Recommendation is incorporated herein by reference and this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

November 24, 2009  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge